

FILED
1:16 pm, 9/27/24
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

PROSPER WY LLC DBA MOTEL 6 CHEYENNE,

  Plaintiff,

vs.

CONSTITUTION INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, ROCKINGHAM SPECIALTY INC., STARR SURPLUS LINES INSURANCE COMPANY HILLTOP SPECIALTY INSURANCE COMPANY, and MITSUI SUMITOMO INSURANCE COMPANY, LTD.,

  Defendants.

Case No. 2:23-cv-00044-ABJ

## *ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER*

The Court has considered the *Unopposed Motion to Amend Scheduling Order*, and after reviewing the matter, the Court finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the case schedule, as set out in *Order Granting Unopposed Motion for Continuance* (Dkt. 070) is amended as follows:

**IT IS THEREFORE ORDERED** that the Jury Trial in this case be continued until December 1, 2025 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the following pretrial deadlines are amended as follows:

July 25, 2025   **DISPOSITIVE AND DAUBERT MOTIONS** to be filed no later than this date. Requests for oral argument or hearing must be filed at the same time dispositive or Daubert motions are filed. No hearing will be held on any motion in the absence of a timely request for hearing and as further ordered by the Court by separate order. **Generally, however, all dispositive and Daubert motions will be decided on the briefs without oral argument.**

August 8, 2025  **RESPONSES TO DISPOSITIVE AND DAUBERT MOTIONS** to be

filed by this date or, if dispositive or Daubert motions are filed earlier from the date set out above, within 14 calendar days after service of the motion. Requests for oral argument or hearing must be filed at the same time dispositive or Daubert motions are filed. No hearing will be held on any motion in the absence of a timely request for hearing and as further ordered by the Court by separate order. **Generally, however, all dispositive and Daubert motions will be decided on the briefs without oral argument.**

August 15, 2025    **REPLIES TO ALL OTHER PRETRIAL MOTIONS (**including *Daubert/Kumbo* motions, motions to strike experts and motions pursuant to Fed. R. Evid. 702, but not including other motions in limine) will be filed by this date.

**IT IS FURTHER ORDERED** that all other deadlines will remain the same.

**SIGNED** on September 27th, 2024.

*Stephanie Hambrick*
STEPHANIE A. HAMBRICK
UNITED STATES MAGISTRATE JUDGE